UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cr-00003-HDM-CSD |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM NUNEZ,<br>aka "Ismael Nunez"<br>aka "Ismael Fragozo"<br>aka "Ismael Nunez Fragozo"<br>aka "Bryan Nunez", | |
| Defendant. | |

The defendant has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 48). The government shall file a response to the motion on or before August 25, 2025. The defendant shall file any reply on or before September 24, 2025.

IT IS SO ORDERED.

DATED: this 24th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

1